| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLTON JAMES ROOD, | Case No. 1:19-cv-01517-LJO-SAB (PC) |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE |
| v. | |
| DEPARTMENT OF CORRECTIONS, | **THIRTY (30) DAY DEADLINE** |
| Defendant. | |

Plaintiff Colton James Rood is a pretrial detainee proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's application to proceed *in forma pauperis*, filed on October 21, 2019. (ECF No. 2.)

However, Plaintiff's application to proceed *in forma pauperis* is incomplete. Specifically, the certificate portion of the application is not filled-out, dated, and signed by an authorized officer of the Shasta County Jail and there is no certified copy of Plaintiff's Shasta County Jail trust account statement for the six-month period immediately preceding the filing of Plaintiff's complaint attached to the application as the instructions require. Plaintiff must submit a completed application, including a certified copy of his trust account statement from the Shasta County Jail, if he wishes for his application to proceed *in forma pauperis* to be considered by the Court.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to serve a blank *in forma pauperis* application for a prisoner on Plaintiff;

2. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file the attached application to proceed *in forma pauperis*, completed and signed, including a certified copy of his jail trust account statement for the past six months, or, in the alternative, pay the $400.00 filing fee for this action;

3. No extension of time will be granted without a showing of good cause; and

4. **Plaintiff is warned that the failure to comply with this order will result in the recommendation dismissal of this action, without prejudice.**

IT IS SO ORDERED.

Dated:   **November 18, 2019**

_____
UNITED STATES MAGISTRATE JUDGE