# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLTON JAMES ROOD,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DEPARTMENT OF CORRECTIONS,<br><br>　　　　　Defendant. | Case No. 1:19-cv-01517-LJO-SAB (PC)<br><br>THIRD ORDER REQUIRING PLAINTIFF TO FILE COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Colton James Rood is a pretrial detainee proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 21, 2019, Plaintiff filed his first application to proceed *in forma pauperis*. (ECF No. 2.) However, on November 18, 2019, the Court issued an order requiring Plaintiff to file a completed application to proceed *in forma pauperis* because the application that Plaintiff had submitted was not completely filled out and Plaintiff had not submitted a certified copy of his trust account statement from the Shasta County Jail. (ECF No. 8.)

On December 9, 2019, Plaintiff filed a second application to proceed *in forma pauperis*. (ECF No. 9.) However, on December 11, 2019, the Court issued a second order requiring Plaintiff to file a completed application to proceed *in forma pauperis* on the form included with the order because Plaintiff had submitted his second application on an incorrect form and the trust account statement not certified by an authorized official of the Shasta County Jail. (ECF No. 10.)

1

Currently before the Court is Plaintiff's third application to proceed *in forma pauperis*, filed on December 16, 2019. (ECF No. 11.)

However, since Plaintiff's third application is dated December 10, 2019, it appears that Plaintiff's third application to proceed *in forma pauperis* has crossed in the mail with the Court's December 11, 2019 order requiring Plaintiff to file a completed application to proceed *in forma pauperis* on the form included with the December 11, 2019 order.

Further, Plaintiff's third application to proceed *in forma pauperis* has been submitted on the incorrect form and is incomplete. First, even though Plaintiff is a prisoner, Plaintiff has not submitted his application on the required "Application to Proceed In Forma Pauperis by a Prisoner" form previously provided to Plaintiff by this Court on November 19, 2019. (ECF No. 8-1.) Second, while Plaintiff has submitted a copy of his Shasta County Jail inmate trust account statement for the six-month period immediately preceding the filing of Plaintiff's complaint, the trust account statement is not clearly certified by an authorized official of the Shasta County Jail as required by 28 U.S.C. § 1915(a)(2). Plaintiff must submit a completed and signed application, on the blank "Application to Proceed In Forma Pauperis by a Prisoner" form included with this order, and a certified copy of his trust account statement from the Shasta County Jail, if he wishes for his application to proceed *in forma pauperis* to be considered by the Court.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to serve a blank *in forma pauperis* application for a prisoner on Plaintiff;
2. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file the attached application to proceed *in forma pauperis*, completed and signed, including a certified copy of his jail trust account statement for the past six months, or, in the alternative, pay the $400.00 filing fee for this action;
3. No extension of time will be granted without a showing of good cause; and

///
///
///

2

4. **Plaintiff is warned that the failure to comply with this order will result in the recommendation to dismiss this action, without prejudice.**

IT IS SO ORDERED.

Dated:   **December 18, 2019**

_____
UNITED STATES MAGISTRATE JUDGE

3