# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLTON JAMES ROOD,<br><br>              Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF CORRECTIONS,<br><br>              Defendant. | Case No. 1:19-cv-01517-LJO-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(ECF Nos. 2, 9, 11, 13)<br><br>ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY SHASTA COUNTY JAIL |

        Plaintiff Colton James Rood is a pretrial detainee proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

        On October 21, 2019, Plaintiff filed his first application to proceed *in forma pauperis*. (ECF No. 2.) However, on November 18, 2019, the Court issued an order requiring Plaintiff to file a completed application to proceed *in forma pauperis* because the application that Plaintiff had submitted was not completely filled out and Plaintiff had not submitted a certified copy of his trust account statement from the Shasta County Jail. (ECF No. 8.)

        On December 9, 2019, Plaintiff filed a second application to proceed *in forma pauperis*. (ECF No. 9.) However, on December 11, 2019, the Court issued a second order requiring Plaintiff to file a completed application to proceed *in forma pauperis* on the form included with the order because Plaintiff had submitted his second application on an incorrect form and the

submitted copy of Plaintiff's trust account statement was not certified by an authorized official of the Shasta County Jail. (ECF No. 10.)

On December 16, 2019, Plaintiff filed a third application to proceed *in forma pauperis*. (ECF No. 11.) However, on December 18, 2019, the Court issued a third order requiring Plaintiff to file a completed application to proceed *in forma pauperis* on the form included with the order because Plaintiff had again submitted his application to proceed *in forma pauperis* on an incorrect form and the submitted copy of Plaintiff's trust account statement was not clearly certified by an authorized official of the Shasta County Jail. (ECF No. 12.)

Currently before the Court is Plaintiff's fourth application to proceed *in forma pauperis*, filed on December 23, 2019. (ECF No. 13.) Plaintiff's application is on the correct form and includes a copy of Plaintiff's jail trust account statement that reflects the activity in Plaintiff's jail trust account for the six months prior to the filing of the complaint. (Id.) However, once again, the certification portion of Plaintiff's *in forma pauperis* application is not completed and Plaintiff's jail trust account statement is not clearly certified by an authorized official of the Shasta County Jail.

In a verified statement, Plaintiff asserts that the staff at the Shasta County Jail continue to refuse to fill out the certification portion of his application to proceed *in forma pauperis* and/or clearly certify a copy of Plaintiff's jail trust account statement without a court order requiring them to do so. (ECF No. 14.) After careful consideration, the Court will not require Plaintiff to submit an *in forma pauperis* application with the certification portion of the form completed or to submit a certified copy of his Shasta County Jail trust account statement.

Therefore, since Plaintiff has made the showing required by § 1915, the application to proceed *in forma pauperis* will be granted. However, because the certification portion of Plaintiff's *in forma pauperis* application is not completed and Plaintiff's jail trust account statement is not certified, this order will be subject to a motion for reconsideration to contest Plaintiff's *in forma pauperis* status, either by the Court *sua sponte* or by any defendant who may enter the case.

Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C.

§ 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to Plaintiff's trust account. The Shasta County Jail is required to send to the Clerk of the Court payments from Plaintiff's trust account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis*, (ECF Nos. 2, 9, 11, 13) is GRANTED;
2. **The Sheriff of the Shasta County Jail or his/her designee shall collect payments from Plaintiff's jail trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action;**
3. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application, (ECF No. 13), on the Sheriff of the Shasta County Jail, via mail, at 1655 West Street, Redding, CA 96001; and
4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California.

IT IS SO ORDERED.

Dated: **January 6, 2020**

UNITED STATES MAGISTRATE JUDGE

3