UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLTON JAMES ROOD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>N. KEOVILAY-SEE and SCOTT FRAUENHEIM,<br><br>　　　　Defendants. | Case No.  1:19-cv-01517-JLT-HBK (PC)<br><br>ORDER GRANTING PLAINTIFF'S RENEWED MOTION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. No. 87)<br><br>ORDER DIRECTING MONTHLY INSTALLMENT PAYMENTS TOWARD FILING FEE |

　　　　Pending before the Court is Plaintiff's renewed motion to proceed *in forma pauperis* ("IFP") filed on March 4, 2024.  (Doc. No. 87).  Plaintiff, a former prisoner initiated this action while he was incarcerated within the California Department of Corrections and Rehabilitation.  (Doc. No. 1).  Although currently released, Plaintiff remains obligated to pay the full amount of the statutory filing fee.  28 U.S.C. § 1915(b)(1).  As set forth in the Court's January 9, 2024 Order, the total amount that remains due towards the $350.00 filing fee is $350.00.  (Doc. No. 77 at 3).  Due to Plaintiff's release from custody, there is no inmate trust account from which periodic filing fees may be garnished and forwarded to the Court.  Although the Ninth Circuit has yet to decide how a released prisoner who is obligated to "pay the full amount of a filing fee" under 28 U.S.C. § 1915(b)(1) may proceed IFP after he is released, "the Ninth Circuit [did note] 'even prior to the PLRA…district courts possessed authority under the non-PLRA-related

provisions of § 1915 to require partial and/or installment payments.'" *Makoni v. Downs*, 2016 WL 7210403, at *3 (S.D. Cal. Dec. 13, 2016) (quoting *Putzer v. Attal*, 2013 WL 4519351, at *2 (D. Nev. Aug. 23, 2013)) (citing *Olivares v. Marshall*, 59 F.3d 109, 111 (9th Cir. 1995)).

Plaintiff's renewed motion to proceed IFP makes the showing required to proceed IFP, but consistent with the Prison Litigation Reform Act, Plaintiff remains obligated to pay the full $350.00 statutory filing fee as set forth in 28 U.S.C. § 1915.  Pursuant to § 1915(b)(1), the Court will assess a monthly installment payment of $14.50, which is 1% of Plaintiff's reported monthly income.  Plaintiff's first installment payment will be due on April 5, 2024.  Plaintiff shall continue to make monthly installment payments of $14.50 on or before the 5th day of each succeeding month until the $350.00 filing fee is paid in full.

Accordingly, it is **ORDERED**:

1. Plaintiff's renewed motion to proceed *in forma pauperis* (Doc. No. 87) is GRANTED.
2. **No later than April 5, 2024**, Plaintiff shall mail to the Clerk of Court his first monthly installment payment of $14.50.  The payment may be made by cashier's check or money order and made payable to the Clerk of Court.  Plaintiff shall include his name and Case No. 1:19-cv-1517-JLT-HBK on the check.
3. Plaintiff shall continue to make monthly installment payments of $14.50 to the Clerk of Court on or before the 5th day of each succeeding month until his $350.00 filing fee is paid in full.
4. Plaintiff's failure to timely make the $ 14.50 monthly installment payment without a showing of good cause will result in the undersigned recommending the district court dismiss this action as a sanction for Plaintiff's failure to obey a court order.

Dated:  March 5, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE