UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLTON JAMES ROOD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>N. KEOVILAY-SEE and SCOTT FRAUENHEIM,<br><br>　　　　Defendants. | Case No.  1:19-cv-01517-JLT-HBK (PC)<br><br>ORDER RESETTING DISPOSITIVE MOTIONS DEADLINE<br><br>**APRIL 8, 2024** |

　　　　On February 28, 2024, the Court granted Defendants' motion to vacate the dispositive motions deadline until further order by the Court.  (*See* Doc. Nos. 84, 85).  On March 4, 2025, Plaintiff complied with the Court's February 21, 2024, and the Court granted Plaintiff's renewed motion to proceed in this action without prepayment of the filing fee.  (Doc. Nos. 87, 88).  Consequently, the Court resets the dispositive motions deadline in this matter.

　　　　Accordingly, it is **ORDERED**:

　　　　The dispositive motions deadline is reset to April 8, 2024.

Dated:　　March 6, 2024

　　　　　　　　　　　　　　　　　　　　　　　／s／ Helena M. Barch-Kuchta
　　　　　　　　　　　　　　　　　　　　　　　HELENA M. BARCH-KUCHTA
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE