UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLTON JAMES ROOD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>N. KEOVILAY-SEE and SCOTT FRAUENHEIM,<br><br>　　　　Defendants. | Case No.: 1:19-cv-01517 JLT HBK<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS, GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Docs. 90, 92) |

　　　　Colton James Rood seeks to hold the defendants liable for violations of his rights under the Eighth Amendment pursuant to 42 U.S.C. § 1983.  Defendants Keovilay-See and Frauenheim[1] moved for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.  (Doc. 90.)

　　　　The magistrate judge found "there is no genuine dispute of material facts as to whether Defendant Keovilay-See failed to protect Plaintiff from a serious threat to his safety in violation of the Eighth Amendment and whether Defendant Frauenheim failed to train his subordinates in violation of Plaintiff's Eighth Amendment right." (Doc. 92 at 1; *see also id.* at 6-16.)  Thus, the magistrate judge determined there was "no triable issue," and summary judgment should be granted.  (*Id.* at 18.)  The magistrate judge recommended the motion be granted, judgment be entered in favor of Defendants, and the action be closed.  (*Id.*)

---

[1] Defendants Keovilay-See and Frauenheim are the only defendants remaining in this action.

1

      The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 14 days. (Doc. 92 at 18-19.) The Court advised him that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id*. at 19, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff did not file objections, and the time to do so has passed.

      According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

    1.    The Findings and Recommendations issued on August 16, 2024 (Doc. 92) are **ADOPTED** in full.

    2.    Defendants' motion for summary judgment (Doc. 90) is **GRANTED**.

    3.    The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: __September 16, 2024__                  */s/ Jennifer L. Thurston*
                                                               UNITED STATES DISTRICT JUDGE